hundred of Logwood shipt on board the s^d Sloop Concord in the Bay of Hondoras by the Appell^t on his own Acc^t upon Freight one half for the other which was brought to Rhode Island and then carried to Boston and there Sold at 18£ per Tun which (after Freight to Boston Wastage Commissions for Sale and other Charges deducted) amounts to fifty four pounds fifteen Shillings I further find that the appellant was at exterordinary Charge in loading s^d Sloop in the Bay more than he Was obliged to by Articles which I allow to be fifty one pounds ten shillings New England Currancy And likewise that there was a boat brought away in s^d Sloop from the Bay to Rhode Island belonging to the Appel^t which I adjudge to be worth fourteen pound New England Currancy all which Sums amount to one hundred twenty pounds five Shillings Curr^t money of New England which the Appl^t ought to have Credit for Therefore I Decern and Decree that the s^d One hundred and twenty pound five Shillings be paid to the Appl^t W^m Watkins and that the s^d Sloop be Sold at a Publick Vendue By the Marshall of s^d Court for Satisfying and paying the Same and the Remainder or to be returned to the Owner or Owners of s^d Sloop after the Costs of this Court amounting to £7/1/10 and other Costs and Charges are deducted unless the Owner or Owners of s^d Sloop shall Appear and Satisfy and pay the Decree.

Whiting

## John Chip et al. vs. John Adams, 1727

Colony Rhode Isl^d Curia Admiralitate   At a Court of Vice Admiralty held at Newport within and for the Colony of Rhode Island etc.

### John Chip et al^e Comp^T vs. John Adams Resp^DT

on Fryday the 13th of Oct^r 1727

The Comp^t being read and allowed, Cap^t Bull opened case and the Comp^ts were examined. They s^d they were content w^th w^t allowance Cap^t Adams gave on acc^t of under his hand but say that their allowance is short $3\frac{1}{2}°$ of Meat 2 Days

the Respd^t desired longer Time, upon w^ch the court adjourned to Thursday next at 10 C A. M.

The Court being met according to adjournm^t Cap^t Bull Att^r pro the Appl^ts set forth the court that since the Court sat last they the App^ts have